UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY STEWARD,<br><br>Plaintiff,<br><br>v.<br><br>A. ARYA, et al.,<br><br>Defendants. | No. 2:18-cv-00462-TLN-EFB<br><br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 20, 2020, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 25.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 27.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Additionally, the Court has reviewed Plaintiff's prematurely filed motion for certificate of appealability (ECF No. 29) — construed as a motion to certify an interlocutory appeal — and

1

hereby DENIES it.  The motion is difficult to read and to the extent the Court can interpret it, the Court finds no persuasive legal argument warranting such certification.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 20, 2020 (ECF No. 25), are ADOPTED IN FULL;

2. Plaintiff's Eighth Amendment claims against Arya for: (1) failure to fill his inhaler prescription; and (2) prescription of anti-fungal cream are DISMISSED without prejudice as inadequately plead;

3. Plaintiff's claims against all defendants other than Arya are DISMISSED without prejudice as improperly joined; and

4. Plaintiff's motion for certificate of appealability (ECF No. 29), construed as a motion to certify for interlocutory appeal, is DENIED.

5. This action will proceed on Plaintiff's claims against Arya based on the reduction of sanitary supplies and reduction of medication for Plaintiff's heart condition, as described in the magistrate judge's March 20, 2020 order (ECF No. 25).

IT IS SO ORDERED.

DATED:  June 15, 2020

Troy L. Nunley
United States District Judge