UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY STEWARD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. ARYA, et al.<br><br>　　　　Defendants. | No. 2:18-cv-0462-TLN-EFB P<br><br><br>ORDER |

　　　　Plaintiff proceeds without counsel in this action, alleging that defendant Arya violated his Eighth Amendment right to be free from deliberate indifference to his serious medical needs. Plaintiff has filed a motion to compel Arya to respond to the court's screening order. ECF No. 40. The motion is denied. The court's screening order did not direct Arya to act in any way. Rather, it simply identified which claims will proceed. By separate order the court directed service of process on the defendant. ECF No. 34. While Arya has not yet appeared, he has filed a waiver of service, acknowledging his obligation to serve either an answer or a motion under Rule 12 in response to plaintiff's complaint. ECF No. 39.  If and when Arya files an answer to the complaint, the court will issue a discovery and scheduling order, allowing the parties time to engage in discovery.

/////

/////

1

1    Accordingly, plaintiff's motion to compel (ECF No. 40) is DENIED.

2    DATED: September 3, 2020.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE