UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY STEWARD, | Case No. 2:18-cv-00462-TLN-JDP (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO EXCUSE LATE FILING |
| v. | |
| A. ARYA, | ECF No. 92 |
| Defendant. | |

On October 15, 2021, defendant filed a cross-motion for summary judgment. ECF No. 79. That motion, however, was not accompanied by a statement of undisputed facts as required by Local Rule 260(a). Defendant has since filed the required statement—but only after plaintiff timely filed an opposition to defendant's motion—together with a motion asking the court to excuse his failure to timely file a statement of undisputed facts. ECF Nos. 90, 92.

Defendant's motion will be granted. Given that plaintiff did not have an opportunity to review defendant's statement of undisputed facts prior to filing his opposition, he will be granted an opportunity to file a supplemental opposition to defendant's cross-motion for summary judgment.

Accordingly, it is hereby ORDERED that:

1. Defendant's motion to excuse his failure to timely file a statement of undisputed facts, ECF No. 92, is granted.

2. The court will consider defendant's statement of undisputed facts, filed November 12, 2021, in adjudicating the pending motions for summary judgment.

3. Plaintiff is granted twenty-one days from the date of this order in which to file a supplemental opposition to defendant's cross motion for summary judgment.

IT IS SO ORDERED.

Dated:   December 9, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE