UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY STEWARD,<br><br>    Plaintiff,<br><br>    v.<br><br>A. ARYA,<br><br>    Defendant. | No. 2:18-cv-00462-TLN-JDP<br><br>**ORDER** |

    Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On February 1, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 99.) No objections have been filed.

    The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed February 1, 2022, (ECF No. 99), are adopted in full;

2. Plaintiff's Motion for Summary Judgment, (ECF No. 67), is DENIED;

3. Defendant's Motion for Summary Judgment, (ECF No. 79), is GRANTED;

4. Judgment is entered against Plaintiff and in Defendant's favor;

5. Plaintiff's Motion to Remove Case from Jurisdiction, (ECF No. 95), is DENIED; and

6. The Clerk of Court is directed to close this case.

DATE: February 24, 2022

*signature*

Troy L. Nunley
United States District Judge