UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY STEWARD,<br><br>   Plaintiff,<br><br>   v.<br><br>A. ARYA,<br><br>   Defendant. | No.  2:18-cv-00462-TLN-JDP (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S OBJECTIONS AND MOTION TO AMEND<br><br>ECF Nos. 103 & 107 |

On February 1, 2022, I recommended that plaintiff's motion for summary judgment be denied and that defendant's motion for summary judgment be granted.  ECF Nos. 99.  The court subsequently adopted the findings and recommendations in full and entered judgment against plaintiff and in defendant's favor.  ECF Nos. 101 & 102.  After the case was closed, plaintiff belatedly filed objections to the findings and recommendations.  ECF No. 103.  He then filed a motion to amend his objections to correct a typographical error.  ECF No. 107.

Plaintiff's objections and subsequent motion do not constitute a proper request for reconsideration February 28, 2022 order and judgment.  The documents will therefore be disregarded.  Plaintiff is notified that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

1

Accordingly, it is hereby ORDERED that plaintiff's March 10 and 24 filings, ECF No. 103 & 107, are disregarded.

IT IS SO ORDERED.

Dated:   March 29, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2